



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 20, 2022

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 7/22/2022 |

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    **Re:  *Nada Zoubeir v. Garland, et al.*, No. 22 Civ. 180 (VEC)**

Dear Judge Caproni:

  This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485).  On behalf of the government, I write respectfully to request a ninety-day extension of the time to respond to the complaint (*i.e.*, from July 22, 2022, to October 20, 2022).  In addition, I respectfully request that the initial pretrial conference presently scheduled for August 26, 2022, be rescheduled for a date during the week of October 31, 2022, or thereafter (with a corresponding extension of time for the joint submission).

  I respectfully request this extension because USCIS has issued a Notice of Intent to Deny ("NOID") relating to the Form I-485 and needs to allow time for the plaintiff to respond and then additional time to determine next steps and other adjudicative action that could render this action moot.  Specifically, the plaintiff had 30 days to respond to the NOID, or until July 13, 2022, but USCIS is accepting responses within sixty days of the due date, or by September 12, 2022.[1]  This is the government's second request for an extension of the deadline to respond to the complaint and an adjournment of the pretrial conference.  The Court granted the prior request.  *See* ECF No. 19.  The plaintiff consents to this request.

---

[1] In response to the COVID-19 pandemic, USCIS will consider a response received within 60 calendar days after the due date set forth in the NOID before taking any action, if the issuance date listed on the request or notice is between March 1, 2020, and July 25, 2022.  *See* USCIS Extends Flexibility for Responding to Agency Requests, *available at*, https://www.uscis.gov/newsroom/alerts/uscis-extends-flexibility-for-responding-to-agency-requests-1#:~:text=In%20response%20to%20the%20COVID,applicants%2C%20petitioners%2C%20and%20requestors.

I thank the Court for its consideration of this request.

>Respectfully submitted,
>
>DAMIAN WILLIAMS
>United States Attorney
>
>By:  s/ *Jacqueline Roman*
>JACQUELINE ROMAN
>Special Assistant United States Attorney
>86 Chambers Street, 3rd Floor
>New York, New York 10007
>Telephone: (347) 714-3363
>E-mail: jacqueline.roman@usdoj.gov
>*Attorney for Defendants*

cc:  Counsel of record (via ECF)

---

Application GRANTED.  The Government's deadline to respond to the complaint is extended to **October 20, 2022**.  The initial pretrial conference scheduled for August 26, 2022, is hereby adjourned to **November 4, 2022**.  The parties' joint submission is due by no later than **October 27, 2022**.

SO ORDERED.

*[signature: Valerie Caproni]*     Date: 7/22/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE